1    ADAM PAUL LAXALT
       Attorney General
2    HENRY H. KIM (Bar No. 14390)
       Deputy Attorney General
3    State of Nevada
     Office of the Attorney General
4    555 E. Washington Ave., Ste. 3900
     Las Vegas, Nevada 89101
5    (702) 486-3095 (phone)
     (702) 486-3773 (fax)
6    Email: hkim@ag.nv.gov

7    *Attorneys for Defendants Jerry Howell,*
     *Jennifer Nash, and Dwight Neven*

8

9

10                 **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 12   Terry Washington, | Case No. 2:17-cv-01906-JCM-VCF |
| 13                Plaintiff, | |
| 14    v. | **STIPULATION AND ORDER FOR** |
| | **DISMISSAL WITH PREJUDICE** |
| 15   Dwight Neven, et al., | |
| 16                Defendants. | |

17

18         It is hereby stipulated and agreed by and between Plaintiff Terry Washington and

19    Defendants Dwight Neven, Jennifer Nash, and Jerry Howell, by and through counsel,

20    Adam Paul Laxalt, Attorney General for the State of Nevada, and Henry H. Kim, Deputy

21    Attorney General, that the Civil Rights Complaint in the above captioned matter be

22    . . .

23    . . .

24    . . .

25    . . .

26    . . .

27    . . .

28    . . .

1  dismissed in its entirety with prejudice. Each party shall bear their own attorney's fees and

2  costs.

3

4  By: _[signature]_                          Date: _11/30/18_

5  Terry Washington
   *Plaintiff, Pro Se*

6

7  ADAM PAUL LAXALT
   Attorney General

8

9  By: _[signature]_                          Date: _12/7/18_

10  Henry H. Kim (No. 14390)
    Deputy Attorney General
    *Attorneys for Defendants*

11

12

13           **ORDER FOR DISMISSAL WITH PREJUDICE**

14      Having considered the preceding STIPULATION FOR DISMISSAL WITH

15  PREJUDICE, as agreed to by the parties, good cause having been shown,

16      IT IS HEREBY ORDERED that this case be dismissed with prejudice.

17      DATED December 12, 2018.

18

19                          _[signature]_

20                      Honorable Judge James C. Mahan

21

22

23

24

25

26

27

28